UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MTGLQ INVESTORS LP,  )<br>  )<br>   Plaintiff,  )<br>v.  )<br>  )<br>RICHARD G AVEAU, et al.,  )<br>  )<br>   Defendants.  ) | Civil no. 1:19-cv-00334-LEW |

### J U D G M E N T

In accordance with the Order entered by Judge Lance E. Walker on June 15, 2020,

JUDGMENT of dismissal is hereby entered.

                                              CHRISTA K. BERRY
                                              CLERK

                       By:
                                 /s/ Julie W. Rodrigue
                                 Deputy Clerk

Dated this 15th day of June, 2020.